IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY JARVIS, | § | |
| | § | |
| Defendant Below- | § | No. 155, 2017 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 1502001595 (S) |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: June 23, 2017
Decided: July 5, 2017

## **O R D E R**

This 5th day of July 2017, it appears to the Court that, on June 6, 2017, the Chief Deputy Clerk issued a notice to the appellant to show cause why his appeal should not be dismissed for failing to pay the filing fee (or a motion to waive the filing fee) and for failing to file his opening brief. The appellant failed to respond to the notice to show cause within the required ten-day period. Dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

_____
Justice